# Exhibit 2

# Eisner & Dictor, P.C.

**39 Broadway**
**Suite 1540**
**New York City, NY 10006**

PHONE: (212) 473-8700   FAX: (212) 473-8705   office@eisnerdictor.com   www.eisnerdictor.com

## INVOICE

INVOICE NUMBER: 111
INVOICE DATE: DECEMBER 17, 2019

Segundo Emilio Rodriguez w/ Pinnacle Realty

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-30-18 | Rodriguez v. Pinnacle Group NY LLC | (Document Duplication) Photo copies. | 5.00 | $0.25 | $1.25 |
| FEB-20-19 | Rodriguez v. Pinnacle Group NY LLC | (Filing Fees) File complaint. | 1.00 | $400.00 | $400.00 |
| FEB-27-19 | Rodriguez v. Pinnacle Group NY LLC | (Document Duplication) Photo copies. | 14.00 | $0.25 | $3.50 |
| APR-01-19 | Rodriguez v. Pinnacle Group NY LLC | (Process Server) Serve Summons and Complaint, Judge's individual practices and rules on Joel Wiener. | 1.00 | $55.00 | $55.00 |
| APR-01-19 | Rodriguez v. Pinnacle Group NY LLC | (Process Server) Serve Summons and Complaint, Judge's individual practices and rules on 40-66 Ithaca St. Owners Corp. | 1.00 | $96.00 | $96.00 |
| APR-01-19 | Rodriguez v. Pinnacle Group NY LLC | (Process Server) Serve Summons and Complaint, Judge's individual practices and rules on Pinnacle Group NY LLC d/b/a The Pinnacle Group. | 1.00 | $151.00 | $151.00 |
| OCT-11-19 | Rodriguez v. Pinnacle Group NY LLC | (Postage) Mail ltr re conference to Segundo Emilio Rodriguez re Pinnacle Group. | 1.00 | $0.50 | $0.50 |
| OCT-31-19 | Rodriguez v. Pinnacle Group NY LLC | (Document Duplication) Photo copies. | 2.00 | $0.25 | $0.50 |
| NOV-01-19 | Rodriguez v. Pinnacle Group NY LLC | (Travel) 1-trip metrocard for Segundo to come to meeting | 1.00 | $3.00 | $3.00 |
| NOV-20-19 | Rodriguez v. Pinnacle Group NY LLC | (Travel) Segundo Metro Card to go to Settlement Conference | 1.00 | $2.75 | $2.75 |
| NOV-20-19 | Rodriguez v. Pinnacle Group NY LLC | (Travel) Metro Card for Segundo leaving Settlement Conference | 1.00 | $2.75 | $2.75 |
| NOV-20-19 | Rodriguez v. Pinnacle Group NY LLC | (Misc.) Lunch for Segundo before Settlement Conference | 1.00 | $9.20 | $9.20 |

INVOICE NUMBER: 111

| DATE | PROJECT | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | Total amount of this invoice | | | $725.45 |